In the Matter of BERTHA N. DAIL, Deceased. HAROLD W. DAIL; HOWARD F. MURPHY.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

CARL BERKOWITZ v. WILLIAM STROUD et al.—

Concur —
Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of ADELAIDE DE ANNUNTUS, by CHRISTINE DE ANNUNTUS, Her Guardian ad Litem, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

JAMES TALCOTT, INC., v. J. J. DELANEY CARPET CO., INC.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of SIPAL REALTY CORPORATION v. MAURICE WILLIAM et al.—

Concur — Botein, P. J., Breitel, Eager and Noonan, JJ.

DOROTHY W. TEMPLE v. PHILIP LIEBMANN. (Two Actions.)—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. CYNTHIA BLASENSTEIN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT HERNANDEZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. BORRIS M. KOMAR. (D) THE PEOPLE OF THE STATE OF NEW YORK v. MAX MITCHELL.— Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

(September 29, 1961)

ANTONIO CALUCCI v. IGNATIUS N. W. OLNINCK.—

Concur —
Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of ROBERT E. VOTTELER v. ROBERT E. HERMAN, as State Rent Administrator.— Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.